**In the Matter of Ray STINSON, Sr., Appellant,**

v.

**Rajean BUFFA, Respondent.**

**No. WD 66245.**

Missouri Court of Appeals, Western District.

Feb. 13, 2007.

William M. Quitmeier, Kansas City, MO, for appellant.

Mark Murphy, Liberty, MO, for respondent.

Before HOWARD, P.J., BRECKENRIDGE and HOLLIGER, JJ.

***ORDER***

PER CURIAM.

Ray Stinson, Sr. appeals the judgment of the probate court finding that he is totally incapacitated and totally disabled and appointing a guardian and conservator. Because a published opinion would

have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).